FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 2 4 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHERYL IVERY, et al.,

                    Plaintiffs,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                    Defendant.

-------------------------------------------------------------------X

JUDGMENT
02-CV-6095 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 22, 2005, granting defendant's application to close the case; dismissing the action in its entirety; and directing the Clerk of Court to enter judgment; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that defendant's application to close the case is granted; and that judgment is hereby entered dismissing the action in its entirety.

Dated: Brooklyn, New York
       August 24, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations